UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DAVID SCHICK.,<br><br>        Debtor. | Chapter 11<br>Case No.: 96 B 42902 (SMB) |
| MORRIS RUBIN et al,<br><br>        Plaintiffs,<br><br>-against-<br><br>DAVID SCHICK,<br><br>        Defendant. | Adv.Pro. No.: 01-8048 (SMB)<br><br><br>**FINAL DOCUMENT<br>CLOSING<br>ADVERSARY PROCEEDING** |

## JUDGMENT

Plaintiffs and defendant David Schick having entered into a Settlement Agreement By and Between All the Plaintiffs and David Schick, dated March 2, 2004, and the Court having approved the Settlement Agreement on March **31**, 2004, and David Schick, in the Settlement Agreement, having consented to the entry of a non-dischargeable judgment against himself and in favor of Plaintiffs in the amounts set forth in the schedule annexed to the Settlement Agreement, **and under the terms of the Settlement Agreement which govern its collection,** [SMB 3/31/04] with interest accruing from the date of the entry of the judgment, it is hereby

ADJUDGED that plaintiff Morris Rubin have judgment against defendant in the amount of $2,381,362.00; and it is further

ADJUDGED that plaintiff Gershon Bassman have judgment against defendant in the amount of $126,201.00; and it is further

ADJUDGED that plaintiff Abraham Schlafrig have judgment against defendant in the amount of $195,625.00; and it is further

ADJUDGED that plaintiff Jules Nordlicht have judgment against defendant in the amount of $578,724.00; and it is further

ADJUDGED that plaintiff Leon Goldenberg have judgment against defendant in the amount of $430,747.00; and it is further

ADJUDGED that plaintiff Roslyn Vegh have judgment against defendant in the amount of $126,201.00; and it is further

ADJUDGED that plaintiff Sol Mermelstein have judgment against defendant in the amount of $352,305.00; and it is further

ADJUDGED that plaintiff Ezra Munk have judgment against defendant in the amount of $31,550.00; and it is further

ADJUDGED that plaintiff Ruth Munk have judgment against defendant in the amount of $31,550.00; and it is further

ADJUDGED that plaintiff Abraham Munk have judgment against defendant in the amount of

$63,100.00; and it is further

ADJUDGED that plaintiff Regina Grossman have judgment against defendant in the amount of $31,550.00; and it is further

ADJUDGED that plaintiff Kress Family Trust have judgment against defendant in the amount of $9,465.00; and it is further

ADJUDGED that plaintiff Greenberg Family Trust have judgment against defendant in the amount of $9,465.00; and it is further

ADJUDGED that plaintiff Weisner Family Trust have judgment against defendant in the amount of $9,465.00; and it is further

ADJUDGED that plaintiff Eshel Family Trust have judgment against defendant in the amount of $9,465.00; and it is further

ADJUDGED that plaintiff Irwin Samet have judgment against defendant in the amount of $31,550.00; and it is further

ADJUDGED that plaintiff Ira Rosenberg have judgment against defendant in the amount of $28,395.00; and it is further

ADJUDGED that plaintiff Jeffrey Rosenberg have judgment against defendant in the amount of $6,310.00; and it is further

ADJUDGED that plaintiff Shemaya School for Deaf Children have judgment against defendant in the amount of $167,215.00; and it is further

ADJUDGED that plaintiff Mendel Beer Defined Benefit Plan have judgment against defendant in the amount of $126,200.00; and it is further

ADJUDGED that plaintiff Cong Agudath Israel Keren RSM have judgment against defendant in the amount of $116,735.00; and it is further

ADJUDGED that plaintiff Cong. Bnai Abraham have judgment against defendant in the amount of $63,100.00; and it is further

ADJUDGED that plaintiff Cong Bnai Torah have judgment against defendant in the amount of $132,510.00; and it is further

ADJUDGED that plaintiff Cong Geula V'Yeshua have judgment against defendant in the amount of $18,930.00; and it is further

ADJUDGED that plaintiff Goldy Kress have judgment against defendant in the amount of $22,085.00; and it is further

ADJUDGED that plaintiff Keren Meor Yizchok have judgment against defendant in the amount of $119,890.00; and it is further

ADJUDGED that plaintiff Joseph and Esther Greenberg have judgment against defendant in the amount of $116,735.00; and it is further

ADJUDGED that plaintiff Martin Kress have judgment against defendant in the amount of $141,975.00; and it is further

ADJUDGED that plaintiff Samuel Weisner have judgment against defendant in the amount of

$182,990.00; and it is further

ADJUDGED that plaintiff Cong Pri Shmuel have judgment against defendant in the amount of $107,270.00; and it is further

ADJUDGED that plaintiff Willy and Violet Weisner have judgment against defendant in the amount of $1,326,185.00; and it is further

ADJUDGED that plaintiff Hindy Eshel have judgment against defendant in the amount of $59,945.00; and it is further

ADJUDGED that plaintiff Saul and Celia Rosenberg have judgment against defendant in the amount of $983,877.00; and it is further

ADJUDGED that plaintiff Yale Brokerage Corp. Pension Plan have judgment against defendant in the amount of $678,458.00; and it is further

ADJUDGED that plaintiff Max Samet have judgment against defendant in the amount of $436,261.00; and it is further

ADJUDGED that plaintiff Bridgeport Healthcare Realty Corp. have judgment against defendant in the amount of $173,363.00; and it is further

ADJUDGED that plaintiff Mark & David Loren have judgment against defendant in the amount of $190,947.00; and it is further

ADJUDGED that plaintiff Elimelech Meisels have judgment against defendant in the amount of $82,123.00; and it is further

ADJUDGED that plaintiff Michael Meisels have judgment against defendant in the amount of $71,873.00; and it is further

ADJUDGED that plaintiff Seminar Yerushalayim have judgment against defendant in the amount of $359,803.00; and it is further

ADJUDGED that plaintiff Mark Nordlicht have judgment against defendant in the amount of $36,544.00.00; and it is further

ADJUDGED that plaintiff Ora Nordlicht have judgment against defendant in the amount of $36,544.00; and it is further

ADJUDGED that plaintiff Kenneth Nordlicht have judgment against defendant in the amount of $36,544.00; and it is further

ADJUDGED that plaintiff Allan Miller have judgment against defendant in the amount of $81,218.00; and it is further

ADJUDGED that plaintiff Quest Enterprises, Inc. have judgment against defendant in the amount of $24,844.00; and it is further

ADJUDGED that plaintiff Miriam Stern & Tzipora Perlstein have judgment against defendant in the amount of $188,533.00; and it is further

ADJUDGED that plaintiff Quest Capital Corp. have judgment against defendant in the amount of $124,200.00; and it is further

ADJUDGED that plaintiff Howard Mermelstein have judgment against defendant in the amount of

$97,450.00; and it is further

ADJUDGED that plaintiff Alan Goldstein have judgment against defendant in the amount of $218,470.00; and it is further

ADJUDGED that plaintiff William and Gladys Neuman have judgment against defendant in the amount of $97,838.00; and it is further

ADJUDGED that plaintiff Norman Rabenstein have judgment against defendant in the amount of $97,838.00; and it is further

ADJUDGED that plaintiff Stanley Diller have judgment against defendant in the amount of $50,000.00; and it is further

ADJUDGED that plaintiff Nochum Stein have judgment against defendant in the amount of $314,867.00; and it is further

ADJUDGED that this judgment is non-dischargeable pursuant to 11 U.S.C. § 523; and it is further

ADJUDGED that this judgment shall accrue interest from the date hereof.

Dated: New York, New York
March 31, 2004

/s/ Stuart M. Bernstein
UNITED STATES BANKRUPTCY JUDGE